**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-24256-BLOOM/Otazo-Reyes**

ROGER SNYDER and MICHAEL
KELLER, individually and on
behalf of others similarly situated,

      Plaintiffs,

v.

GENERAL MOTORS, LLC,

      Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

      **THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [29] ("Notice"), filed on April 25, 2022. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [29]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

      **DONE AND ORDERED** in Chambers at Miami, Florida, on April 26, 2022.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record